**No. 50642.**—Protest 92707–K of Di Santo & Co. (New York).

Opinion by KEEFE, J. At the trial it was stipulated that the reliquidation of the entry herein involved is similar in all material respects to that in *Bel Paese Sales Co., Inc.* v. *United States* (15 Cust. Ct. 7, C. D. 932). In accordance with stipulation and following the decision cited, judgment was entered directing the collector to reliquidate the entry herein, refunding the duty established to have been taken in excess, in accordance with the decision and judgment in Abstract 44860.